[Crim. No. 264. Third Appellate District.—October 27, 1914.]

THE PEOPLE, Respondent, v. LEO MANDAL, Appellant.

CRIMINAL LAW—PIMPING—LACK OF ERROR.—On this appeal it is held that the defendant was properly charged with the offense of ''pimping,'' and that the evidence was sufficient, and that no prejudicial error was committed.

APPEAL from a judgment of the Superior Court of Sacramento County and from an order refusing a new trial. N. D. Arnot, Judge presiding.

The facts are stated in the opinion of the court.

Martin I. Welsh, for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

BURNETT, J.—On this appeal we have not been favored with any argument, oral or written. Nevertheless, we have examined the record and we find that defendant was properly charged with the offense designated in the statute as "pimping," that sufficient evidence of his guilt was received and that no prejudicial error was committed during the trial. The judgment and order are therefore affirmed.

Chipman, P. J., and Hart, J., concurred.